UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARY CATHERINE BLINDER, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ROBERT JOHN MACH, et al., )<br>)<br>Defendants. ) | No. 4:06 CV 1043 DDN |

### ORDER

**IT IS HEREBY ORDERED** that the motion of Micheal J. Chehval, M.D., (Doc. 33) for leave to withdraw motion to quash subpoena is sustained, and the hearing scheduled for Thursday, January 11, 2007, at 2:30 p.m. is vacated.

/s/ David D. Noce

**DAVID D. NOCE**
**UNITED STATES MAGISTRATE JUDGE**

Signed on January 10, 2007.